UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON RUIZ,<br><br>    Plaintiff,<br> v.<br><br>NEIL McDOWELL, *et al.*,<br><br>    Defendants. | No. CV 18-1282 JVS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the attached Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

IT IS ORDERED that judgment be entered dismissing this action without prejudice.

DATED: September 24, 2019

_____
JAMES V. SELNA
United States District Judge