JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON RUIZ,<br><br>        Plaintiff,<br>v.<br><br>NEIL McDOWELL, *et al.*,<br><br>        Defendants. | No. CV 18-1282 JVS (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   September 24, 2019

                                                    JAMES V. SELNA
                                                  United States District Judge